# United States District Court
# Western District of North Carolina
# Charlotte Division

|  |  |  |
|---|---|---|
| Adane Kebede, | ) | JUDGMENT IN CASE |
|  | ) |  |
| Plaintiff(s), | ) | 3:17-cv-00154-MOC |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Edna G. Rainey | ) |  |
| Bank of America, |  |  |
| Defendant(s). | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 6, 2017 Order.

April 6, 2017

_____

Frank G. Johns, Clerk
United States District Court